# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Travis Andrew Michel, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | |
| Detective Clarkson, Bismarck Police Department, | ) ) | Case No. 1:18-cv-118 |
| | ) | |
| Defendant. | ) | |

Plaintiff is an inmate at the James River Correctional Center in Jamestown, North Dakota. He initiated the above-entitled action by complaint *pro se* and *in forma pauperis* in June 2018.

The court screened plaintiff's complaint as mandated by 28 U.S.C. § 1915A. Finding that the complaint was devoid of any cognizable claims, the court issued an order on November 16, 2018, in which it gave defendant an ultimatum: file an amended complaint within 20 days for the court's review or the court will dismiss this action without prejudice.

Approximately fifty day have lapsed since the court issued its ultimatum. The court has yet to hear back from plaintiff. Accordingly, for reasons articulated in its November 16, 2018, order, the above-entitled action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Dated this 31st day of December, 2018.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court